**SMITH PROTECTIVE SERVICES, INC.**

v.

**Andrew L. SMITH et al.**

**No. C–7119.**

Supreme Court of Texas.

Nov. 30, 1988.

Order of this court of June 22, 1988 granting the application for writ of error is withdrawn as the application was improvidently granted.

The application for writ of error is denied with the notation "Writ Denied."